THE STATE OF OHIO, APPELLEE, *v.* ZAPATA ET AL., APPELLANTS.

[Cite as State *v.* Zapata (1986), 25 Ohio St. 3d 66.]

(No. 85-1940—Decided July 16, 1986.)

*M. Scott Ramey,* for appellee.
*Lydy, Moan & Douglas* and *James E. Moan,* for appellants.

This cause (consisting of case Nos. L-85-117 through L-85-123), certified by the court of appeals as being in conflict with *State* v. *Schell* (1984), 13 Ohio App. 3d 313, is affirmed on authority of *State* v. *Dickerson* (1986), 25 Ohio St. 3d 64, decided this date.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.